| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Michael Baum SBN 65158<br>RESCH POLSTER & BERGER LLP<br>1840 CENTURY PARK EAST 17TH FL.<br>LOS ANGELES CA 90067<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(310) 277-8300<br><br>Ref. No. or File No.<br>4729-00499 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT FILING, LOS ANGELES<br>312 N Spring St. Rm. G-8<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Fabric Selection, Inc. v. Topson Downs of California | | |

| INVOICE NO.<br>1693524-01 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:17-cv-05721-CAS-AFM |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint; Civil Cover Sheet; Notice of Interested Parties; Report on Filing of Action re Copyright; Notice to Counsel of Assignment to Magistrate Judge; Declined Statement of Consent to Proceed Before Magistrate Judge; Notice of Reassignment to District Judge and Referral to Magistrate Judge;

On: Topson Downs of California, Inc., a California Corporation

At: 10250 Constellation Blvd., 19th Floor
    Los Angeles, CA 90067

In the above mentioned action by personally serving to and leaving with

Robert L. Handler

Whose title is: Registered Agent

On: 8/10/2017                    At: 12:40 PM

CONTINUED ON NEXT PAGE

Declaration of Service

Billing Code: 4729-00499

| PLAINTIFF/PETITIONER: | Fabric Selection, Inc. | CASE NUMBER: 2:17-cv-05721-CAS-AFM |
|---|---|---|
| DEFENDANT/RESPONDENT: | Topson Downs of California | |

Person who served papers
   a. Name: John Gonzalez
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 90.00
   e. I am:
   (3) [X] a registered CA process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: 2971
      (iii) County: Los Angeles

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

8/14/2017

John Gonzalez

**Declaration of Service**

**Billing Code:** 4729-00499