ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
BRITTANY ELIAS - State Bar No. 305922
belias@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
*Topson Downs of California, Inc.,*
*Wal-Mart Stores, Inc. and*
*Daniel Abramovitch*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| FABRIC SELECTION, INC., a California Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; WAL-MART STORES, INC., a Delaware Corporation; DANIEL ABRAMOVITCH, an individual; and DOES 1 through 50, Inclusive,<br><br>        Defendants. | CASE NO.: CV 17-05721-CAS-AFM<br><br>Hon. Christina A. Snyder<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY THIRTY (30) DAYS**<br><br>First Amended Complaint Served: 09/01/2017<br><br>Current Response Date: 09/18/2017<br><br>New Response Date: 10/18/2017 |

Glaser Weil

1    Plaintiff Fabric Selection, Inc. ("Plaintiff") and Defendant Daniel Abramovitch
2  ("Defendant"), by and through their respective counsel of record, hereby respectfully
3  submit the following Stipulation and attached Proposed Order extending the deadline
4  for Defendant's response to Plaintiff's First Amended Complaint (ECF No. 12):
5    WHEREAS, Plaintiff filed its complaint in this action on August 2, 2017;
6    WHEREAS, before Plaintiff served Defendant its initial complaint, Plaintiff
7  filed its First Amended Complaint (ECF No. 12) in this action on August 24, 2017;
8    WHEREAS, Plaintiff served Defendant its First Amended Complaint via
9  standard mail on September 1, 2017;
10    WHEREAS, Plaintiff and Defendants Topson Downs of California, Inc.
11  ("Topson") and Wal-Mart Stores, Inc. ("Walmart") previously stipulated to extend
12  Topson and Walmart's response deadline from September 18, 2017 to October 18,
13  2017, which was subsequently approved by the Court (ECF No. 18);
14    WHEREAS, Defendant was inadvertently omitted from the foregoing
15  stipulation;
16    WHEREAS, the current due date for Defendant to file his answer to Plaintiff's
17  First Amended Complaint was Monday, September 18, 2017;
18    WHEREAS, the parties are still engaged in ongoing settlement discussions in
19  an effort to resolve the above-captioned suit;
20    WHEREAS, in light of the foregoing, Plaintiff has agreed to extend the
21  deadline for Defendant to file his answer to Plaintiff's First Amended Complaint by
22  thirty (30) days; and
23    WHEREAS, this is the first time Plaintiff and Defendant have stipulated to
24  extend the time to respond to Plaintiff's First Amended Complaint;
25    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff
26  and Defendant that the time by which Defendant must respond to the First Amended
27  Complaint shall be extended by thirty (30) days, from September 18, 2017 to October
28  18, 2017.

Glaser Weil

1

DATED:  September 19, 2017

RESCH POLSTER & BERGER LLP

2

3

By:  /s/ Stacey N. Nox

STACEY N. NOX

4

MICHAEL C. BAUM

*Attorneys for Plaintiff*

5

*Fabric Selection, Inc.*

6

7

8

DATED:  September 19, 2017

GLASER WEIL FINK HOWARD

AVCHEN & SHAPIRO LLP

9

10

By:  /s/ Erica J. Van Loon

11

ERICA J. VAN LOON

BRITTANY ELIAS

12

*Attorneys for Defendants*

*Topson Downs of California, Inc.,*

13

*Wal-Mart Stores, Inc. and*

*Daniel Abramovitch*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1386553

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  September 19, 2017

GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP


By: /s/ Erica J. Van Loon

ERICA J. VAN LOON
BRITTANY ELIAS
   *Attorneys for Defendants*
   *Topson Downs of California, Inc.*
   *Wal-Mart Stores, Inc., and*
   *Daniel Abramovitch*

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY THIRTY (30) DAYS

1386553