| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | UNITED STATES DISTRICT COURT |
| 15 | CENTRAL DISTRICT OF CALIFORNIA |
| 16 | WESTERN DIVISION |

| | | |
|---|---|---|
| 17 | FABRIC SELECTION, INC., a California Corporation, | CASE NO.: CV 17-05721-CAS-AFM |
| 18 | | Hon. Christina A. Snyder |
| 19 | Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY THIRTY (30) DAYS |
| 20 | v. | |
| 21 | TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; WAL-MART STORES, INC., a Delaware Corporation; DANIEL ABRAMOVITCH, an individual; and DOES 1 through 50, Inclusive, | |
| 22 | | First Amended Complaint Served: 09/01/2017 |
| 23 | | Current Response Date: 09/18/2017 |
| 24 | Defendants. | New Response Date: 10/18/2017 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

*Glaser Weil* (firm marking, left margin)

1     GOOD CAUSE having been shown, and having considered Plaintiff Fabric Selection, Inc. ("Plaintiff") and Defendant David Abramovitch's ("Defendant") Stipulation to Extend Time to Respond to First Amended Complaint by Thirty (30) Days, the Court hereby orders the following:

    The deadline by which Defendant must respond to Plaintiff's First Amended Complaint shall be extended by thirty (30) days, from September 18, 2017 to October 18, 2017.

    IT IS SO ORDERED.

DATED: September 20, 2017     By: _____
    Hon. Christina A. Snyder
    UNITED STATES DISTRICT COURT JUDGE