UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-5721CAS(AFMx) | | Date | December 4, 2017 |
|---|---|---|---|---|
| Title | Fabric Selection, Inc. v. Topson Downs of California, Inc., et al. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Stacey Knox | Brittany Elias | |

**Proceedings:** SCHEDULING CONFERENCE

Hearing held and counsel are present. The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: March 16, 2018 ;
Settlement Completion Cutoff: April 6, 2018 ;
Factual Discovery Cut-off: July 2, 2018 ;
Last Day to File Motions: July 6, 2018 ;
Status Conference re: Settlement **(11:00 A.M.)**: **April 16, 2018** ;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.):** October 15, 2018 ; and
Jury Trial **(9:30 A.M.):** October 30, 2018 .

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

Counsel inform the court of the parties' preference to go before a private mediator for settlement purposes.

|  | 00 | : | 06 |
|---|---|---|---|
|  | Initials of Preparer | | CL |

cc: ADR