MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff
Fabric Selection, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOPSON DOWNS OF CALIFORNIA, INC., a California corporation; WAL-MART STORES, INC., a Delaware corporation; DANIEL ABRAMOVITCH, an individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-05721-CAS(AFMx)<br><br>**[PROPOSED]** ORDER CONTINUING MEDIATION COMPLETION DATE<br><br>*Filed Concurrently With Stipulation To Continue Mediation Completion Date*<br><br>Trial Date:  October 30, 2018<br><br>Current Settlement Cut-Off:  04/06/18<br>Proposed Settlement Cut-Off:  05/21/18<br><br>Current Status Conference:  04/16/18<br>Proposed Status Conference:  06/04/18 |

The parties to this action, Plaintiff Fabric Selection, Inc. ("Plaintiff"), and Defendants Topson Downs of California, Inc., Wal-Mart Stores, Inc. and Daniel Abramovitch (collectively "Defendants"), have submitted a Stipulation to Continue Settlement Completion Cutoff through their attorneys of record.

Based on said stipulation, and other good cause appearing therefor, the Court ORDERS that the Civil Trial Scheduling Order in this litigation is modified as to the Settlement Completion Cutoff as follows:

613234.1

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Settlement Completion Cutoff | 04/06/18 | 05/21/18 |
| Status Conference re Settlement | 04/16/18 | 06/04/18 at 11:00 A.M. |

**IT IS SO ORDERED.**

DATED: April 4, 2018

_____
Hon. Christina S. Snyder

613234.1                    2

# PROOF OF SERVICE

**Fabric Selection, Inc. v Topson Downs of California, Inc.**
**Case No. 2:17-cv-05721-CAS-AFM**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1840 Century Park East, 17th Floor, Los Angeles, CA 90067.

On April 3, 2018, I served true copies of the following document(s) described as **[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE** on the interested parties in this action as follows:

| | |
|---|---|
| Erica J. Van Loon<br>evanloon@glaserweil.com<br>Brittany Elias<br>belias@glaserweil.com<br>GLASER WEIL FINK HOWARD<br>AVCHEN & SHAPIRO LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, CA 90067 | Attorneys for Defendants Topson Downs of California, Inc., Daniel Abramovitch, and Wal-Mart Stores, Inc. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2018, at Los Angeles, California.

/s/ Nazia Rahman
Nazia Rahman

613234.1